IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERTA ARNOUX,<br><br>  Plaintiff,<br><br>  vs.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.; WAL-MART ESTATE BUSINESS TRUST; WAL-MART STORES EAST, LP; and JOHN DOES 1-3.<br><br>  Defendants. | CV 25-149-M-KLD<br><br>ORDER |

Plaintiff Roberta Arnoux has filed an unopposed motion to withdraw her motion to remand this case to state court. (Doc. 12). Accordingly,

IT IS ORDERED that Plaintiff's motion (Doc. 12) is GRANTED and her motion to remand (Doc. 8) is hereby WITHDRAWN. The Court will schedule a preliminary pretrial conference by separate order.

DATED this 8th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge